IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:15-CR-709-BHH |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **ANDY FISHER** | ) | **(Dismissing Information)** |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Information, filed in the Southern District of Ohio under Criminal Number 1:15-CR-087-TSB, and transferred to this District pursuant to a Rule 20 (Consent to Transfer) filed on October 21, 2015, under Criminal Number 4:15-CR-709-BHH, against the Defendant, ANDY FISHER, be and the same is hereby dismissed without prejudice.

s/ Bruce Howe Hendricks
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

Florence, S.C.
September 28, 2016